RECEIVED & FILED
CLERK'S OFFICE
SEP 10 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] SANTOS JOEL DE JESUS-TORRES,<br>[2] CARLOS JAVIER GONZALEZ-CALDERON,<br>Defendants. | INDICTMENT<br>Criminal No. 26- 375 (RAM)<br><br>Violation:<br>18 U.S.C. § 922(g)(1)<br><br>Forfeiture:<br>18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

COUNT ONE
Possession of Rounds of Ammunition by a Prohibited Person (Felon)
18 U.S.C. §§ 922(g)(1)

On or about May 27, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

SANTOS JOEL DE JESUS-TORRES,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess rounds of ammunition, said rounds of ammunition having been shipped and transported through interstate or foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT TWO
Possession of a Firearm and Ammunition by a Prohibited Person (Felon)
18 U.S.C. §§ 922(g)(1)

On or about May 27, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

CARLOS JAVIER GONZALEZ-CALDERON,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and rounds of ammunition, that is, a Glock pistol, model 17, bearing serial number XVU235 and rounds of ammunition, said firearm and rounds of ammunition having been shipped and transported through interstate or foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of any of the offenses charged in Counts One and Two of this Indictment, SANTOS JOEL DE JESUS-TORRES and/or CARLOS JAVIER GONZALEZ-CALDERON, the defendants, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a Glock pistol, model 17, bearing serial number XVU235, a privately manufactured firearm (P80) with no serial number, 152 rounds of ammunition 9mm caliber, and pistol magazines. All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 (c).

[redacted]
Date: 10 - 1[illegible] - 2026 [redacted]

HECTOR RAMIREZ-CARBO
Acting United States Attorney

Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Chief, Violent Crimes Section

Pedro R. Casablanca
Assistant U.S. Attorney